UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>  Plaintiff,<br><br>v.<br><br>**GRAND TETON PROFESSIONALS, LLC, et al.**,<br><br>  Defendants. | **<u>FILED UNDER SEAL</u>**<br><br>**Case No.** _____<br><br>**EXHIBITS IN SUPPORT OF FTC'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER WITH AN ASSET FREEZE AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

1

## TABLE OF EXHIBITS

Declaration of Courtney Jacobs ............................................................................................. PX01

Declaration of James Kocher ................................................................................................. PX02

Declaration of Joshua McDonald............................................................................................ PX03

Declaration of Renee Messiha ................................................................................................ PX04

Declaration of Jack Smith, Jr. ................................................................................................. PX05

Declaration of Ronnetta Johnson ............................................................................................ PX06

Declaration of Jennifer Bauer ................................................................................................. PX07

Declaration of David Gracia ................................................................................................... PX08

Declaration of Kenneth Olmstead........................................................................................... PX09

Declaration of Oliver Ross...................................................................................................... PX10

Declaration of Amy Jackson................................................................................................... PX11

Declaration of Margaret Leslie ............................................................................................... PX12

Declaration of Ethan Dornhelm .............................................................................................. PX13

Declaration of Cecilia Valadez ............................................................................................... PX14

Declaration of Michael Chodos .............................................................................................. PX15

Declaration of Ryan Sullivan.................................................................................................. PX16

Supplemental Declaration of Ryan Sullivan........................................................................... PX17

Declaration of Elizabeth Kwok............................................................................................... PX18