IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**GRAND TETON PROFESSIONALS, LLC**, *et al.*,<br><br>　　　Defendants. | Case No. 3:19-cv-00933-VAB |

### STIPULATION AND ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION AND CONTINUING TEMPORARY RESTRAINING ORDER

The FTC and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties seek a continuance of the June 28, 2019 hearing on the order to show cause why a preliminary injunction should not be entered for at least one week, to occur on or after July 8, 2019.

2. Accordingly, Defendants shall appear before this Court on the _____ day of July, 2019, at _____, __.m. at the United States Courthouse, Courtroom 2, Bridgeport, Connecticut, to show cause, if there is any, why this Court should not enter a preliminary injunction, pending final ruling on the Complaint against Defendants, enjoining the violations of the law alleged in the Complaint, continuing the freeze of their Assets, and imposing such additional relief as may be appropriate.

3. Defendants shall file with the Court and serve on FTC counsel any answering pleadings, affidavits, motions, expert reports or declarations, or legal memoranda no later than three (3) days prior to the order to show cause hearing scheduled pursuant to this Order. The FTC may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same on counsel for Defendants no later than one (1) day prior to the

order to show Cause hearing. Provided that such affidavits, pleadings, motions, expert reports, declarations, legal memoranda or oppositions must be served by personal or overnight delivery, facsimile or email, and be received by the other party or parties no later than 5:00 p.m. (Eastern Daylight Time) on the appropriate dates set forth in this Section.

4. An evidentiary hearing on the FTC's request for a preliminary injunction is not necessary unless Defendants demonstrate that they have, and intend to introduce, evidence that raises a genuine and material factual issue. The question of whether this Court should enter a preliminary injunction shall be resolved on the pleadings, declarations, exhibits, and memoranda filed by, and oral argument of, the parties. Live testimony shall be heard only on further order of this Court. Any motion to permit such testimony shall be filed with the Court and served on counsel for the other parties at least five (5) days prior to the preliminary injunction hearing in this matter. Such motion shall set forth the name, address, and telephone number of each proposed witness, a detailed summary or affidavit revealing the substance of each proposed witness's expected testimony, and an explanation of why the taking of live testimony would be helpful to this Court. Any papers opposing a timely motion to present live testimony or to present live testimony in response to another party's timely motion to present live testimony shall be filed with this Court and served on the other parties at least three (3) days prior to the order to show cause hearing. Provided, however, that service shall be performed by personal or overnight delivery, facsimile or email, and Documents shall be delivered so that they shall be received by the other parties no later than 5:00 p.m. (Eastern Daylight Time) on the appropriate dates provided in this Section.

5. The Temporary Restraining Order entered on June 18, 2019 (ECF No. 33) shall continue in full force and effect as to Defendants until after the rescheduled hearing on the order to show cause.

6. This agreement shall be without prejudice to any party.

   **IT IS SO STIPULATED**:

| | |
|---|---|
| */s/Gregory A. Ashe* | */s/Richard B. Newman (with permission)* |
| GREGORY A. ASHE (Bar No. PHV09777) | RICHARD B. NEWMAN |
| IOANA R. GORECKI (Bar No. PHV10094) | Hinch Newman LLP |
| Federal Trade Commission | 40 Wall Street, 35th Floor |
| 600 Pennsylvania Avenue NW | New York NY 10005 |
| Washington, DC 20580 | Telephone: 212-756-8777 |
| Telephone: 202-326-3719 (Ashe) | Facsimile: 866-449-4897 |
| Telephone: 202-326-2077 (Gorecki) | Email: rnewman@hinchnewman.com |
| Facsimile: 202-326-3768 | |
| Email: gashe@ftc.gov, igorecki@ftc.gov | Attorney for Defendants Grand Teton Professionals LLC, 99th Floor LLC, Demand Dynamics LLC, MAIT Management Inc., Atomium Corps Inc. (Wyoming), Atomium Corps Inc. (Colorado), Startup Masters NJ Inc. (Wyoming), First Incorporation Services Inc. (Wyoming), and First Incorporation Services Inc. (Florida), Douglas Filter, and Marcio Andrade |
| JOHN HUGHES (CT 05289) | |
| Assistant United States Attorney | |
| Chief of Civil Division | |
| 157 Church Street | |
| New Haven, CT 06510 | |
| Telephone: 203-821-3700 | |
| Facsimile: 203-773-5373 | |
| Email: john.hughes@usdoj.gov | |
| | |
| Attorneys for Plaintiff | */s/A. Nicole Phillips (with permission)* |
| FEDERAL TRADE COMMISSION | A. NICOLE PHILLIPS |
| | Montgomery McCracken Walker & Rhoads LLP |
| | 1735 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: 215-772-7283 |
| | Facsimile: 215-731-3781 |
| | Email: nphillips@mmwr.com |
| | |
| | Attorney for Defendant Startup Masters NJ Inc. (New Jersey) |

   **IT IS SO ORDERED**, this _____ day of June, 2019.

   _____
   VICTOR A. BOLDEN
   UNITED STATES DISTRICT JUDGE