IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **GRAND TETON PROFESSIONALS, LLC,** *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00933-VAB |

**STIPULATION AND ORDER REGARDING LIVING EXPENSES**

The FTC and Defendant Douglas Filter, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Navy Federal Credit Union account number xxxx3355 in the name of Douglas Filter is hereby released from the asset freeze provisions of the Temporary Restraining Order entered on June 18, 2019 (ECF No. 33).

2. This agreement shall be without prejudice to any party.

   **IT IS SO ORDERED** this 12th day of July, 2019.

   /s/ Victor A. Bolden, USDJ
   VICTOR A. BOLDEN
   United States District Judge